## People of State of Illinois, Defendant in Error, v. LeRoy Beverly, Plaintiff in Error.

### Gen. No. 10,500.

George H. Schirmer, Jr., for plaintiff in error; Robert J. Ellis, for defendant in error. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full. Opinion filed August 7, 1951; rehearing denied September 13, 1951; released for publication September 17, 1951.

## People of State of Illinois, Defendant in Error, v. Savanna Lodge Number 1095, Loyal Order of Moose, Plaintiff in Error.

### Gen. No. 10,481.

Ralph M. Eaton, for plaintiff in error; Ivan A. Elliott, for defendant in error; Lawrence A. Smith, and Harry L. Pate, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed August 23, 1951; released for publication September 12, 1951.